**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

SHATINNA WILLIAMS,

    Plaintiff(s),

V.                            CASE NO. 24-12343
                             HON. LINDA V. PARKER

PERCEPTA LLC,

    Defendant(s).
_____/

## ORDER OF DISMISSAL

The parties having filed a Rule 41 Dismissal with Prejudice [ECF No. 11] on November 12, 2024; Accordingly, the above-entitled action is **DISMISSED WITH PREJUDICE AND WITHOUT COSTS**.

                        s/Linda V. Parker
                        Linda V. Parker
                        United States District Judge

Dated:  November 12, 2024

I hereby certify that a copy of the foregoing document was served upon counsel of record on November 12, 2024, by electronic and/or ordinary mail.

                        s/A. Flanigan
                        Case Manager